IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE PERKINS, JR.
ADC #149163                                                                PLAINTIFF

v.                            No. 5:18-cv-173-DPM

WILLIAM STRAUGHN, Warden,
Cummins Unit; KENNETH STARKS,
Captain, Cummins Unit; CRAWFORD,
Sergeant, Cummins Unit; LARRY
NORWOOD, CO1, Cummins Unit; and
A. BROWN, Corporal, Cummins Unit                        DEFENDANTS

ORDER

Despite requesting and receiving an extension, Perkins hasn't objected to the recommendation. № 5 & № 6. Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Perkins's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 August 2018