IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE PERKINS, JR.
ADC #149163                                                                PLAINTIFF

v.                       No. 5:18-cv-173-DPM

WILLIAM STRAUGHN, Warden,
Cummins Unit; KENNETH STARKS,
Captain, Cummins Unit; CRAWFORD,
Sergeant, Cummins Unit; LARRY
NORWOOD, CO1, Cummins Unit; and
A. BROWN, Corporal, Cummins Unit                                          DEFENDANTS

## JUDGMENT

Perkins's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

30 August 2018