# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOE PERKINS, JR.
ADC #149163                                                              PLAINTIFF

v.                       No. 5:18-cv-173-DPM

WILLIAM STRAUGHN, Warden,
Cummins Unit; KENNETH STARKS,
Captain, Cummins Unit; CRAWFORD,
Sergeant, Cummins Unit; LARRY
NORWOOD, CO1, Cummins Unit; and
A. BROWN, Corporal, Cummins Unit                                         DEFENDANTS

## ORDER

The Court has considered Perkins's objections. № 10. On *de novo* review, the Court stands by its 30 August 2018 Order and Judgment. № 7 & № 8; FED. R. CIV. P. 72(b)(3). Magistrate Judge Kearney's careful recommendation explained why Perkins's allegations didn't state a solid failure-to-protect claim. № 4 at 4–5; *compare Young v. Selk*, 508 F.3d 868, 872–74 (8th Cir. 2007).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 September 2018