# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOE PERKINS, JR.
ADC #149163                                               PLAINTIFF

v.                      No. 5:18-cv-173-DPM

WILLIAM STRAUGHN, Warden,
Cummins Unit; KENNETH STARKS,
Captain, Cummins Unit; CRAWFORD,
Sergeant, Cummins Unit; LARRY
NORWOOD, CO1, Cummins Unit; and
A. BROWN, Corporal, Cummins Unit                          DEFENDANTS

## ORDER

Motion, № 12, denied. The Court already considered and ruled on Perkins's objections. № 11. And nothing in his new paper warrants relief from the Judgment. FED. R. CIV. P. 60(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 October 2018